# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371



Norbert G. Jaworski
Clerk of Court

January 25, 2005

Clerk, U. S. District Court
 for Central District of IL
201 South Vine Street
Urbana, IL 61802

**FILED**

**JAN 2 8 2005**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

RE: Don Campbell -vs- Unknown Party, et al.
    Civil Case No. 05-20-DRH

Dear Clerk:

  On 1/24/05, an Order by the Honorable David R. Herndon, U. S. District Judge, was entered transferring the above-mentioned case from this District Court to the U. S. District Court,.

  Enclosed is a certified copy of the docket sheet. This court is using the electronic case filing system. You may access our electronic case file at the following web address: http://ecf.ilsd.uscourts.gov to obtain the documents. We have assigned a login and password for district courts to use in accessing this information. The login is "▮▮▮▮▮▮" and the password is "▮▮▮▮▮▮". This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat reader loaded on your computer in order to view the documents.

  Please acknowledge receipt of the docket sheet by returning a signed copy of this letter.

                              Sincerely,

                              Norbert G. Jaworski, Clerk

                              By: s/Mona Zingrich
                                  Deputy Clerk

Enclosures

                              Receipt Acknowledged on: 1/28/05
                              By: s/V. Ball

CV-18
(6/04)

CJRA_T, CLOSED, FILE_CREATED, MBF

# U.S. District Court
## Southern District of Illinois CM/ECF System (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:05-cv-00020-DRH

Campbell v. Unknown Party
Assigned to: Judge David R Herndon
Demand: $21000000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/14/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)   550
Jurisdiction: Federal Question

**Plaintiff**

Don Campbell        represented by   Don Campbell
                                     #20030030630
                                     COOK COUNTY JAIL
                                     P.O. Box 089002
                                     Chicago, IL 60608
                                     PRO SE

V.

**Defendant**

Unknown Party
*Unknown Sheriff of Kankakee County, unknown Sheriff Deputies and Unknown Nurse in their individual and official capacities*

CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk
BY: Mona Jingrich
Deputy Clerk
DATE: 1/25/05

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2005 | 1 | COMPLAINT against Unknown Parties, filed by Don Campbell.(jao) (Entered: 01/14/2005) |
| 01/14/2005 | 2 | MOTION for Leave to Proceed in forma pauperis by Don Campbell. (jao) (Entered: 01/14/2005) |
| 01/14/2005 | 3 | Letter from USDC to Plaintiff informing same of case number. (jao) (Entered: 01/14/2005) |
| 01/24/2005 | 4 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Central District of Illinois, Danville/Urbana Division. Signed by Judge David R Herndon on 1/24/05. (hbs) (Entered: 01/24/2005) |
| 01/25/2005 | 5 | Letter to Central District of IL regarding transfer of case. (myz) (Entered: 01/25/2005) |