United States District Court
Central District of Illinois

Don Campbell
        Plaintiff
VS.
Unknown Named Sheriff, Kankakee
County Jail, Et al
        Defendants

FILED
CASE 05 JAN 14 AM 9:07
Judge: 05-20-DRH

## Motion And Affidavit to proceed in forma pauperis.

1. That Don Campbell, in the above Appeal will proceed pro-se. But does not have:

A) Any Banking or Savings Accounts, no stocks or Bonds or any other Valuables.

B) I Do not own any Cars, Appliances, Jewelry, And I don't receive any payments for Rent or Gifts, I am unemployed And have been incarcerated since April 24, 2003. My Prison Account has $4.23¢.

) That my mother Carney Lee 8200 Stanley Road Bloomington, MN 55437 Apt #17 will be mailing the full cost of this action of $150.00 filing fee in.

#20030030630
Don Campbell, P.O. Box 089002 Chicago, IL 60608
Declare under penalty of perjury that the foregoing is true And correct. Pursuant to 28 USC 21746
Dated: November 12, 2004