**E-FILED**
Friday, 28 January, 2005  04:05:37 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DON CAMPBELL, Inmate #20030030630,  )
                                           )
        **Plaintiff,**          )
                                           )
vs.                                   )    **CIVIL NO. 05-20-DRH**
                                         )
UNKNOWN PARTY, *et al.*,      )
                                         )
        **Defendants.**      )

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This cause is before the Court on plaintiff's motion to proceed *in forma pauperis*.  Plaintiff, currently an inmate in the Cook County Jail, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983.

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

28 U.S.C. § 1391(b).

At the time of the alleged events, plaintiff was incarcerated in the Kankakee County Jail, located in Kankakee County, Illinois.  Kankakee County is situated in the federal judicial district for the Central District of Illinois.  28 U.S.C. § 93(b).  The Court finds that the Central District, Danville/Urbana Division, is the appropriate forum for the hearing and determination of this civil rights action because the defendant is located there and all the alleged events took place there.

Pursuant to 28 U.S.C. § 1404(a), and on the Court's own motion,

      **IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Central District of Illinois, Danville/Urbana Division,  for a determination as to whether plaintiff should be granted leave to proceed *in forma pauperis*, 28 U.S.C. § 1915, and such further proceedings as that court may deem appropriate.  No summons shall issue in this action unless so directed by the transferee court.

      **IT IS SO ORDERED.**

      **DATED:January 24, 2005**


                        /s/   David RHerndon
                        **DISTRICT JUDGE**