E-FILED
Friday, 28 January, 2005  04:13:59 PM
Clerk, U.S. District Court, ILCD

United States District Court
Central District of Illinois

Don Campbell
  Plaintiff
vs.
Unknown Named Sheriff, Kankakee
County Jail, Et al
  Defendants

FILED
CA 05 JAN 94 AM 9:07
Judge: 05-20-DRH

## Motion and Affidavit to proceed in forma pauperis

1. That Don Campbell, in the above appeal will proceed pro.se. But does not have:

A) Any banking or savings accounts, no stocks or bonds or any other valuables.

B) I do not own any cars, appliances, jewelry, and I don't receive any payments for rent or gifts, I am unemployed and have been incarcerated since April 24, 2003. My prison account has $4.23¢.

) That my mother Carney Lee 8200 Stanley Road Bloomington, MN 55437 Apt #17 will be mailing the full cost of this action of $150.00 filing fee in.

#20030030630
Don Campbell, P.O. Box 089002 Chicago, IL 60608
Declare under penalty of perjury that the foregoing is true and correct. Pursuant to 28 USC 21746
Dated: November 12, 2004