United States District Court
Central District of Illinois

E-FILED
Friday, 11 March, 2005 02:15:26 PM
Clerk, U.S. District Court, ILCD

Don Campbell
  Plaintiff
vs.
Unknown Named Sheriff, Et al
  Defendants

Case No: 05-CV-2022

Judge: Harold A. Baker

FILED
MAR 11 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Plaintiff's Response to Judge Baker Text Order of March 1st, 2005

1. That following Plaintiff's February 28, 2005 Merit Review Hearing before this Court. The Honorable Judge Baker on March 1st, 2005 issued a text order, directing Campbell to advise the Court of the date he placed the Civil Rights Complaint in the Mail to the Court at the Springfield Address, Provide the complete address used, and the Agency or person who returned the mail to him and on what date.

### Answer

2. The Civil Rights Complaint in the above cause was delivered to Cook County Jail Deputy Sheriff's for mailing on or about December 12th, 2004 in the first instance Addressed As follows:  To: Clerk of the Court
United States District Court House
Central District of Illinois
P.O. Box 315
Springfield, Ill. 62705

See: Exhibit (A) Copy of the Post Stamped Envelope Campbell mailed the Civil Right's Complaint to the U.S. District Court Springfield, Illinois

Attached Exhibit (A)

2. Takeing into consideration the Holidays, the United States Postal Service Returned the Envelope containing the Civil Right's Complaint, to Campbell at the Cook County Jail on or about January 5th 2005 Because the Cook County Jail Deputy Sheriff's Delievered the Returned Complaint to Campbell on or about January 5th 2005 Division 5 Cell 2-A upper 10, stating

Quote: Return to Sender
Forwarding Time Expired

3. Campbell once Receiveing the Returned Complaint on January 5th 2005 Looked into the Prisoner Self Help Manuel And obtained the Address to the next close's united States District Court in Illinois. Which was the:

United States District Court, Southern District of Illinois
P.O. Box 249 East St. Louis, IL 62202

And on January 5th 2005 Campbell put the Complaint into a new Envelope Addressed it to the U.S. District Court, Southern District of Illinois P.O. Box 249 East St. Louis, IL 62202 And put it in the Deputy Sheriff's of the Cook County Jail

Hands for mailing, and if memory serves him Campbell may have put a new cover letter in the envelope along with a informa pauperis affidavit directed to the Southern District United States Court House.

4. Subsequently on January 14th 2005 the Clerk Norbert G. Jaworski U.S. Dist. Court Southern District of Illinois East St. Louis, IL sent Campbell a cover letter indicating that they received the civil rights complaint Campbell mailed them on January 5th, 2005 that the case number was 05-20-DRH and that the Request to proceed informa pauperis was under consideration they also sent Campbell SIX U.S.M.-285 forms to complete and return. Then this case was transferred to this court.
See: Exhibit (B) copy of the cover letter from Clerk Norbert G. Jaworski to Campbell dated January 14th, 2005

Attached Exhibit (B).
Note: Exhibit (A) the envelope original is retained by Campbell, to ensure that it doesn't get lost in the mail. This original envelope appears to be post stamped from the United States Post Office with a December 21st 2004 Post Office stamp, And even a December 21st, 2004 filing of the complaint would make it timely, As the U.S. Supreme Court in Houston v. Lack, stated prisoners complaints are deemed filed when they give them to jailers to put in the mail. The original post stamped envelope will be Produced to the Court At the Court's Request.
Dated: March 6th, 2005  Signed: Don Campbell
Cook County Jail P.O. Box 089002 Chicago, Ih 60608   I declare under penalty of perjury that the foregoing is true and correct. Pursuant to 28 USC Z1746