Don Campbell #20030030630
Cook County Jail
P.O. Box 089002
Chicago, Ill 60608

Legal Mail

Clerk of the Court
United States District Court House
Central District of Illinois
P.O. Box 315

EXHIBIT (A)