

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue, P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

January 14, 2005

**NOTIFICATION THAT YOUR COMPLAINT/PETITION
HAS BEEN FILED (WITHOUT FEE)**

To:     Don Campbell, #20030030630

Re:     Don Campbell, #20030030630 vs. Unknown Parties
Case No.    05-20-DRH

This is to advise you that our office has received your complaint/petition and motion and affidavit in support of request to proceed in forma pauperis. Your request to proceed without payment of fees and cost of security is presently under consideration. When a decision is reached, a copy of the Courts Order will be mailed to you.

Also enclosed are USM-285 process receipt and return forms. A form must be completed for each defendant named in your complaint. Please complete and return the forms as soon as possible.

Please forward all future pleadings/documents/papers to the above address using the above assigned case number.

Sincerely,

NORBERT G. JAWORSKI, Clerk

Deputy Clerk

PS-10
(3/01)

Exhibit (B)