United States District Court
Central District of Illinois

Don Campbell
    Plaintiff

vs.

Unknown Named Sheriff's, Et al.
    Defendants

Case No: 05-CV-2022

Judge: Harold A. Baker

FILED
MAR 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Plaintiff's Supplement to Plaintiff's Response
To Judge Baker Text Order of March 1st, 2005

1. That on March 6th, 2005 Campbell mailed for filing a 3 page Plaintiff's Response to Judge Baker Text order of March 1st, 2005 with Attached Exhibits (A) And (B).

2. That now Campbell files this supplement Exhibit (A) consisting of:
    The copy of the Post Stamped Envelope Campbell mailed on December 12th 2004 to the Clerk of Court United States District Court House, Central District of Illinois P.O. Box 315 Springfield, IL 62705.

Attached Exhibit (A)

3. This supplement Exhibit (A) Actually show's the entire Address in Springfield, Illinois U.S. Dist. Ct. that Campbell mailed the Complaint to:

That Campbell swear's under penalty of perjury that the

Foregoing Exhibit (A) is A true And Correct copy of the original As mailed And Received Back By Campbell.

#70030030630

Don Campbell, Cook County Jail P.O.BOX089002 Chicago IL 60608

I declare under penalty of Perjury that the foregoing is true And Correct pursuant to 28U502(1746)

Dated: March 9th 2005

Attached Exhibit (A)