Campbell
County Jail
Box 089002
ago, Ill 60608

U.O

Clerk of the Court
United States District Court house
Central District of Illinois
P.O. Box 315
Springfield, Ill 62705

5.52

Mail

EXHIBIT (A)