In the United States District Court
Central District of Illinois

Don Campbell
Plaintiff
vs.
Unknown Named Sheriff, Et al.

Case No: 05-CV-2022

Judge: Harold A Baker

To: Clerk of Court
U.S. Dist. Ct.  Room 218
201 S. Vine St.
Urbana, IL 61802

In Re: Status Check

FILED
MAR 30 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Clerk,

1. Pursuant to Judge Harold A. Bakers 3-1-05 order, I filed ① A Plaintiff Response to Judges Text order of 3-1-05 w/Exhibits (A) & (B). On March 6th, 2005. I then subsequently filed a Plaintiffs Supplemental Response.

2. I Request to know if Judge Baker has entered any further orders since the 3-1-05 text order, Has he ruled on my Pleadings? Since the 3-15-05 Dead Line Which I

Turn-over

Complyed With.

Infact I'm Requesting a Copy Of the Court's Docket Sheet!! Because I was moved from Division 5 to Division 11 on 3-16-05   Thank You!!

Sincerely

20030030630
Don Campbell
Cook County Jail
P.O. Box 089002
Chicago, IL 60608
Div-11