In the United States District Court
Central District of Illinois

Don Campbell
vs. Plaintiff

Unknown Named Sheriff, Et al
Defendant's

Case No: 05-CV-2022

Judge: Harold A. Baker

FILED
MAY 23 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Motion for Extension of Time to pay the filing fee And Request to withdraw Informa Pauperis Application

1. That Campbell moves to withdraw his petition to proceed Informa Pauperis, As Campbell only filed this Request So that the Clerk would docket his case, And Campbell has asked prior to filing his case 3 individual's to pay the filing fee. Which they Ahr indicated they needed a little time to do so. How ever Because the statutory time limit of 2 years had ran Campbell being incarcerated needed the case docketed. So Campbell sent the required Informa Pauperis petition, before the deadline, Because Campbell did not know to do so was inappropriate, if you have on 3 or more

occassion's struck out.

2. That Because In 2001 Campbell was housed in the Supermax Boscobel, Wisconsin Prison, Being tortured Abused And nearly murdered By Jailer's Tampering with his food And other Diabolical tactic's Campbell used his skill's As A Noted Jail House Lawyer to file Law suits And every single Attempt to Proceed was struck down By the U.S. Dist. Ct W.D. Wisconsin Judge's Determined to stop All litigation out of Supermax Boscobel And Ariseing from this two year Incarceration At Boscobel Wisconsin Campbell was Given 3 Strike's Judicial Notice Requested of (Lee V. Berge 01-C-1150 U.S.Dist Ct. W.D.Wis) And (Lee V. Coosey 01-3724 7th Cir. 2002) (Hasham V. Berge 01-C-314)

3. Campbell has just learned that He can Not filed Informa Pauperis Applications Even to Docket Cases Because He fell under the plann to stop Jail House Lawyer's From Challengeing the Supermax Scheme.

4. Campbell Respectfully withdraw's his Informa Pauperis Application, And Ask For Permission of 30 Days to get Camey Lee P.O. Box

3.

38 5/93                              Bloomington, MN 55438
Phone 952-944-6203 to file the full payment of
$150.00. Who is Campbell's Mother.

Don Campbell

I declare under penalty of perjury
that the foregoing is true and correct
pursuant to 28 USC §1746

Date: May 16th 2005

P.O. Box 089002
Chicago, IL 60608

cc: