United States District Court
Central District of Illinois

Don Campbell ) Case No: 05-CV-2022
　Plaintiff )
vs. ) Judge: Harold A. Baker
Unknown Named Sheriff, Et al )
　Defendant's )

## Status Check

TO: Clerk of Court
Central District of Illinois
201 S. Vine St.
Urbana, IL 61802 Room 218

**FILED**
MAY 23 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Please Give Me a update Docket sheet showing the Status And Any Ruling Given By Judge Baker in this Matter.

Specifically I need to Know if Judge Baker Has issued Any Rulings since his 3-1-05 Text Order?

Please send Me a updated Docket sheet.

Further see
seperate Motion to
with Draw Informa
Pauperis Petition
Enclosed for filing.

2003003063
Don Campbell
Cook County Jail P.O. Box 089002
Chicago, IL 60608
Dated: May 16 2005