E-FILED
Wednesday, 13 July, 2005  03:33:29 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 13 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Att: Clerk of Court
U.S. Dist Ct.
Central Dist of Illinois

In Re: Campbell VS. unknown named Sheriff et al.
Case No: 05-CV-2022

## Status Check

Dear Clerk, I had one of my friends mail in the $250.00 filing fee under the case No# 05-CV-2022

They indicated that they only used the case number on the money order to pay the filing fee.

Please advise if this office received the filing fee in full?

Can you also explain why the filing fee was $250.00 other then the standard $150.00 filing fee?

Your reply is requested. Thanks in advance

20030030630

Don Campbell, Cook County Jail P.O. Box 089002 Chicago, IL 60608