Kankakee Sheriffs Dept
470 E. Merchant St.
Kankakee, Ill 60901

10-27-04

Copy

In Re: People V. Campbell
03-CR-800

My Name is Don Campbell, I was housed in the Kankakee County Jail in the above Theft Case, from December 22, 2002 until April 17, 2003, I would like to Know the Sheriffs name of your County, so that I Can pursue Damages against him for the Injurys I Incurred, while housed in your Jail, I filed a Grievance in Jan, Feb and March 2003, I need a Copy of this Grievance so that I Can Know the names of the Deputy Sheriffs Involved, Can you please Reply?

Exhibit 1

20030030630
Don Campbell
Cook County Jail
P.O. Box 089002
Chicago, IL 60608