To: Clerks Office
Kankakee County Circuit Court
450 E. Court St.
Kankakee, Ill 60904

10-29-04
Copy

In Re: People V. Campbell
03-CR-800

My name is Don Campbell, I was housed in the Kankakee County Jail in the above theft case from December, 2002 until April 17, 2003. I would like to know the Sheriff of Kankakee County's Name, so that I can pursue Damages against him for injurys that accured while housed in your Jail. Is there a way I can also find a print out of the Names of the Jailers, Deputys.

Your Reply is Requested

Exhibit (2)

20030030630
Don Campbell
Cook County Jail
P.O. Box 089002
Chicago, Ill 60608