10-24-04

To: Steven Godlock, Specialist
Jail & Detention Standards
1306 Concordia Court
Springfield, Ill 62704

In Re: People v. Campbell
03-CR-800 Kankakee County

My name is Don Campbell, I wrote you a Grievance about the December, 2002 injury I suffered at the Kankakee County Jail you investigated it.

I need a Copy of the Grievances and your investigation Results so that I can seek Damages against the Sheriff & his Deputys & that nurse.

please Reply

Exhibit (3)

20030030630
Don Campbell
Cook County Jail
P.O. Box 089002
Chicago, IL 60608