E-FILED
Thursday, 21 July, 2005 11:05:27 AM
Clerk, U.S. District Court, ILCD

To: Attorney General's Office
100 W. Randolph St.
Chicago, Ill 60602

10-28-04

Copy

In Re: People V. Campbell
03-CR-800 Kankakee County

My name is Don Campbell, I filed a Notice of Claim with your office back in Feb, 2003 or about that time against the Sheriff of Kankakee County Jail, for Injustices I received.

I need a copy of those Notice of Claims so that I can seek damages against the sheriff, and his Deputy.

Exhibit (4)

Don Campbell      2003030630
Cook County Jail
P.O. Box 089002
Chicago, Ill 60608