# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DON CAMPBELL,**
**Plaintiff,**

vs.                                                                 Case Number:   **05-2022**

**UNKNOWN SHERIFF OF**
**KANKAKEE COUNTY, ET AL.,**
**Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed in its entirety, for failure to pay the filing fee.

ENTER this 26th day of September, 2005.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case

AO 450 (Rev. 5/85) Judgment in a Civil Case