United States District Court
Central District of Illinois

Don Campbell
    Plaintiff
vs.
Unknown Sheriff of
Kankakee County, et al.

Case No: 05-2022

Judge: Harold A. Baker

FILED
OCT 3 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Motion For Reconsideration
This Court's September 26, 2005 Dismissal
of the Case

1. That prior to Campbell's November 24, 2004 drafting of the complaint Campbell's mother came from Bloomington, Minnesota to Chicago to visit Campbell in the Cook County Jail. Campbell explained to her about the Kankakee lawsuit he intended to file, and about a lawsuit against Chicago Police for breaking Campbell's hand during his arrest.

Campbell explained that he would need her to pay the filing fee for these actions because he had 3 strikes from his 2000—2002 stay at the Wisconsin Supermax Prison Boscobel where he filed lawsuits to stop abusive torture treatment that were targeted for strikes. And he could not file the law suits free.

So Campbell's mother Laney Lee agreed to

Pay the filing fee.

2. That By the time the Case got Docketed in this Court January 28, 2005 And Notified Campbell In Early February, 2005.

Campbell's Mother Camey Lee Had Engaged in A obligation to Hire A Private Attorney Demitrus Evan's 621 Sheridan Rd Evanston, IL 60202 Suite 6  847-733-9737 By Making A Retainer Payment And follow up $500.00 Cash Monthly Payment with $5000.00 was paid in full for Campbell's Criminal Case's 03-CR-10361 And 04-CR-20466, So Camey Lee Was Not Able to find the $150.00 filing fee for this Case, But Did Not Immediately tell Campbell, But Attempted to Look for the Extra Cash to Pay the filing fee in this Case.

3. That Prior to the February 28, 2005 Merit Review Hearing with this Court, Just Minutes Before the phone Call with Judge Harold A. Baker.
The Cook County Jail Social Worker Ms. Holland Division 5 placed a Direct Call to Campbell's Private Attorney Demitrus Evans At 312-212-1000, And Asked Attorney Evan if she Knew the telephone Number to Judge

Harold A. Baker's Court House, because the court order from Judge Baker of 2-4-05 ordering the phone conference merit hearing with Campbell, had no telephone number for the counselor to call to initiate the call, Attorney Evan's did not have Judge Baker's Court House number.
During this call Campbell asked Attorney Evan's to pay the filing fee and represent him. Attorney Evans stated she had no knowledge of the merits had not read the complaint and could not become involved at that point, the court's phone number was finally obtained via information.

4. That in March and April 2005 Campbell attempted to interest Attorney Evans in takeing over the case and paying the filing fee with an offer of 50% of any award, But Attorney Evans had not reviewed the complaint.

5. Finally in court on April 25, 2005 Campbell gave Attorney Evans, copies of three seperate lawsuit complaint's requesting Evans' read them and pay the filing fee based on Campbell's 3 strike status, these complaints were ① 05-CV-02022 ② 04-C-7545 and ③ 05-C-2351.

6. That Attorney Evans subsequently read 04-C-7545 lawsuit complaint, paid the filing fee. Promptly. And referred the other two case's to Campbell's mother Camey Lee to pay the filing fee, and by phone obtain

-ed a verbal agreement by Campbell's Mother Caney Lee that she would pay the filing fee's, when she could on the other two cases.

7. That on 5-20-05 as a Birthday Present Campbell wrote his incarcerated girl friend Toyin Ibidapo 20040070358 and asked her to pay the filing fee from the Cook County Jail where she was incarcerated, Toyin agreed to have her family pay the filing fee in this case, and on

Toyin wrote Campbell a letter 6-6-05 asking if she could have the money order sent by just puting the address and case number, without mentioning Campbell's name

see: Attached Exhibit (A)  6-6-05 letter from Toyin Ibidapo 20040070358, Cook County Jail P.O. Box 089002 Chicago, IL 60608

Toyin again wrote Campbell a letter on 6-16-05 saying she would handle the payment filing fee

see: Attached Exhibit (B) 6-16-05 letter from Toyin Ibidapo.

Toyin again wrote Campbell a letter on 6-27-05 saying the filing fee has been paid and that

she was waiting on the receipt from her family to send me.

See: Attached Exhibit (C) 6-21-05 Letter from Toyin Ibidapo

8. That on May 16, 2005 when Campbell filed the Motion for Extension of time to pay the filing fee and Request to withdraw in forma pauperis application, Campbell did so in good faith, and has made every available effort to beg friend's family and lawyers to pay the fee to file this case. Campbell even made periodic status check requests with the Clerk of this Court to determine if the fee had been paid.

9. That in early September, 2005 Campbell's associate Charles Brown assured Campbell that he had in fact had his outside resources pay the filing fee, so subsequently in early September, 2005 when people Campbell's friend sent $200.00 to Campbell's Attorney Ms. Evans, Campbell believing the fee was payed, had Attorney Evans send a money order to Charles Brown to repay him for paying the filing fee in this case.

10. That in October, 2005 Campbell had another friend who promised to help him pay fee's after months and months of promiseing finally

Mailed Campbell's Attorney $200.00 to help Campbell so now, no matter what Campbell's Attorney has the $150.00 filing fee.

## Conclusion

Wherefore for all of the above unique reason's Campbell beseechs this Honorable Court to Reconsider it's 9-26-05 order dismissing this case, and Reinstate the case Allow Attorney Evans to pay the $150.00 filing fee immediately in light of proof offered in the attached Exhibits (D) (E) and (F) consisting of:

Exhibit (D) 3 page sworn Affidavit by Demitrus T. Evans, Atty of 10-5-
Exhibit (E) 3 page sworn Affidavit w/ Exhibit (1) by Caney Lee of 9-27-05
Exhibit (F) 1 page sworn Affidavit by Demitrus T. Evans, Atty, of 10-14-05

Campbell can obtain a updated Affidavit from Caney Lee if the Court Deem's necessary that would support the claims made by Campbell in this Motion. But now based on the time constraints offer the above Affidavits to prove that at all times relevent during the pendency of this complaint he acted in good faith, with the highest respect for the Court, with full intentions of paying the filing fee in full.

Dated: October 20th, 2005
P.O. Box 089002
Chicago, IL 60608

Don Campbell
I declare under penalty of perjury that the foregoing is true and correct. Pursuant to 28 USC. C. E1746