②

What I am trying to say is that, the money is available but I don't know how to get it to you. I even enquired from the social worker if they can let me draw out of my account here and she told me no. If you know of a way, let me know and I'll be happy to do it. But as I said, if the case # and the address is all that needs to be on the money order then I'll have my brother-in law do it immediately.

Now, my love, you asked me in your previous letter if I would let you make love to me; What do you think? I like the way you said you could turn the bathroom in PT into our Monte Carlo Bay. I had a good laugh about that with my greek friend. Yes darling as much as I would love to hold you an do things to and with you, I will be satisfied just to seat next to you an listen to your sexy voice and watch your handsome face. We are only allowed to make xerox copies of legal papers at the law library so I wouldn't be able to send you copies of your letters, unless you want me to mail it to you and you can mail it back. I hope you won't put me through that, so like a faithful woman, I am

②

What I am trying to say is that, the money is available but I don't know how to get it to you. I even enquired from the Social Worker if they can let me draw out of my account here and she told me no. If you know of a way, let me know and I'll be happy to do it. But as I said, if the case # and the address is all that needs to be on the money order then I'll have my brother-inlaw do it immediately.

Now, my love, you asked me in your previous letter if I would let you make love to me; What do you think? I like the way you said you could turn the bathroom in PT into our Monte Carlo Bay. I had a good laugh about that with my greek friend. Yes darling as much as I would love to hold you can do things to and with you, I will be satitfied just to seat next to you an listen to your sexy voice and watch your handsome face. We are only allowed to make xerox copies of legal papers at the law library so I wouldn't be able to send you copies of your letters, unless you want me to mail it to you and you can mail it back, hope you wouldn't won't put me through that, so like a faithful woman, I am