①

6/16/05

My darling King,

How are you doing your Highness? I got your beautiful letter today and i just had to write you back immediately even though I wrote you one two days ago. I hope you got it already. It was just a really short one to let you know what happened in court. Once again, your letter came at a really good time, even though i wasn't depressed, I was feeling kinda ~~lonely~~ lonely in my room and voila!, your letter came in.

→ First things first, I tried reaching my people this evening on the phone to give instructions as to your request, but I wasn't able to reach anyone. But i call home every Saturday morning, so you can be sure that it will be taken care of by monday. Don't worry about it anymore, i don't ask for much from the outside so whatever I need done, they get on it immediately. I would have preferred to have your sister come pick it up here, but unfortunately we haven't had a social worker here in Div 3 for only God knows how long. So I'll have them mail it directly as you instructed.

Secondly, as an African, it would be wrong for me to call your sister or your mom, the proper way is for you to take me to them and introduce us and from there, I can visit them and call them even without telling you. Then once I get comfortable with them and they like me and accept me, I then introduce you to my people, that's the proper chain of doing things if we want to be respected and treated properly by both families. As I don't know where our relationship is heading, if I go with how I feel right now, I hear wedding bells. So let's take things easy and do it the proper way. I love you, Your Highness. Don't take my statement to mean a wedding proposal ☺, I'm a woman and a lady to the core, and an African one at that, which means the man has to get on his knees and propose to me. I was just expressing how strongly I have grown to care for you in such a short period of time. I probably came to CEDO to meet you, who knows? But, I'll tell you one thing, as good as it feels, even though I hate this place, it was well wort