2:05-cv-02022-HAB-DGB    # 17-4    Page 1 of 2
received 6-27-05
Exhibit (C)
E-FILED
Monday, 31 October, 2005  03:03:38 PM
Clerk, U.S. District Court, ILCD

6/21/05

My darling King,

How are you doing honey? I received your letter dated 6/14 this afternoon isn't it amazing that you were writing me at the same time as I was writing you. I guess our two hearts already beat as one even though our love has just begun.

I was told that the social worker final came back from vacation and was on the tier this ~~afternoon~~ morning while I was in bed, but not to worry, I already gave instructions to have your business taken care of and I'm expecting the receipt any day in the mail now which I will mail to you as soon as I have it.

Sweetheart, don't worry about me beating my case. One day when we are both alone together I'll be able to elaborate on it, but rest assured that I am going home from here, when? Is the only question I can't answer for sure due to circumstances beyond my control. I am very happy that you 'respect' God as you put it, I not only respect Him, I believe in Him and always have, this again we'll discuss in details in the near future.

I hope you received my 12-page long

long letter. This one isn't going to be half as long as I'm trying to finish writing my mum & children and read a little before I hit the sack.

You can be sure that your mother will receive a birthday card from me, but I'll leave you to explain to her who Toyin is and make sure you send her one too. I hope to meet her one day.

There isn't much to tell you about the city I grew up in in Nigeria as it's the largest city in Nigeria and the 3rd largest city in the whole of Africa. So there's a lot of western companies like, Benson & Hedges, Shell etc. It's just another big city where you have both good and bad neighbourhoods. Oops, I think my pen is running out of ink! Next time I write you a long letter, I'll choose an African subject to talk to you about, I promise.

This like I said is a quickie,

xxxes from
Your African Queen
Toyin