State of Illinois )
County of Cook )

United States Court of Appeals
for the Seventh Circuit

Don Campbell
   Plaintiff-Appellant
vs.
City of Chicago, Et al
   Defendant-Appellee

Appeal No: 05-3160

## Affidavit of Demitrus T. Evans

I, the undersigned, Demitrus T. Evans, Attorney at Law being first duly sworn upon oath states as follows:

1. I am the Attorney for Don Campbell in his criminal matter 03-CR-10364 and 04-CR-20466 pending in the Cook County Circuit Court.

2. That on or about March 30, 2005 Campbell told me by phone about the lawsuits of which he was planning to file in this court, and asked me to pay the filing fee as well as represent him in these civil matters.

Campbell explained that he could not proceed in forma

Because while at the Supermax Prison from 2000 through 2002 he had accumulated 3 strikes under the 1996 P.L.R.A. for his attempts to block mistreatment.

I did not agree to pay the filing fee, because I had not yet read his pro.se. complaint's and did not know if they had merit.

3. That sometime in April 2005 Campbell gave me the complaint in the 04-C-7545 Judge Guzman case and I paid the $150.00 filing fee.

4. That subsequently in court April 25, 2005 Campbell beged me to pay the filing fee in the 05-C-2351 Judge Bucklo case, and gave me a copy of the complaint. I did not agree to pay the filing fee but refered the issue to Carey Lee Campbell's mother who agreed to pay the filing fee once she could free up some money.

5. That in court on May 25, 2005 Campbell showed me a May 11, 2005 court order in the case from Judge Bucklo, dismissing the case alleging fraud by Campbell because he committed fraud on the court. I write this affidavit because I am sure Campbel was not attempting to committ fraud on the court by filing informa pauperis without prepaying the full filing fee while having 3 strikes under

the 1996 P.L.R.A.).

Because prior to filing and after filing the complaint Campbell asked me and his mother to pay the $150.00 filing fee, and to meet the dead line he filed Informa Pauperis to buy precious time, which was the mistake he made.

6. That subsequently Carey Lee Campbell's mother attempted to pay the $150.00 filing fee.

See: Attached Exhibit (1) copy of Carey Lee's 7-27-05 Postal money order.

Attached Exhibit (2) 3 page copy of sworn affidavit from Carey Lee dated 7-27-05.

Phone 847-733-9737
By: Demitrus T. Evans, Attorney
621 Sheridan Road - Suite
Evanston, IL 60202

Signed: _____
Demitrus T. Evans

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 USC § 1746

Dated: 10-5-05