State of Illinois )
                  ) ss
County of Cook    )

Exhibit (E)

United States District Court
Northern District of Illinois

Don Campbell
    Plaintiff
Vs.
City of Chicago, Et al
    Defendant

Case No: 05-C-2351

Judge: Buckle

Affidavit of
Carney Lee

I the undersigned, Carney Lee, being first duly sworn upon oath states as follows:

1. I am over 21 years old and have personal knowledge about this matter, and if called to testify would state that, Don Campbell is my biological son, and I recall him telling me on several occassion's the first being shortly after Christmas 2004 when I visited him at the Cook County Jail, that the police had broken his hand and that he needed me to pay $150.00 filing fee so that could file his lawsuit

My son had also told me that he could not start this matter unless he paid the full $150.00 filing fee.

Because of Rulings of 3 strikes when he was housed in the Supermax prison.

I Remember this problem Because, I was Apart of one of the Class Action Lawsuits against the Supermax Jailers for Mistreating my son, Don Campbell's Grand Mother was also Apart of the Class Action, I Believe this was <u>Don Campbell</u> Carrey Lee And <u>EMMA Lee Dial</u> Vs. <u>Gerald Berge</u>, Copsey Et al.

2. That I subsequently Received A letter from my son Dated <u>April 19th, 2005</u> Asking me to pay the $150.00 filing fee in this Law suit, But I was totally In Debted paying $500.00 Cash monthly payments to His Lawyer on His Criminal Case,

And Simply could not find the Fund's to free up.

And spoke with His Criminal Lawyer about paying these fee's, But Apparently A Ruling was made — missing this Case Before I got Around to paying the $150.00 filing fee.

This Affidavit is simply to Point out that my son

Don Campbell, made every effort to pay the filing fee of $150.00 in this case, I simply did not have the funds available at that time.

Signed: Carney Lee
Carney Lee
1713 W. Wallen
Chicago, IL 6062
2nd Fl.

Subscribed and sworn to before me this 27th day of July 2005
Susan Jane Hagstrom
Notary Public My Commission Expires: 1/31/2010



Notice of Filing and Proof of Service

To: Richard Devine, States Attorney, 300 Daley Center Chicago, IL 60602

Please be advised that on July 2005 I filed the original affidavit with the Clerk Michael Dobbin's, U.S. District Court 219 S. Dearborn St. Chicago, IL 60604 A copy served on you.

Signed: Carney Lee
Carney Lee

Exhibit (P-5)

**USPS MONEY ORDER**

2005-07-27

ONE HUNDRED FIFTY DOLLARS $150.00

From: Michael Dobbins (Dobb)
949 S. Dearborn St.
Chicago, IL 60604

Pay to: Rachel Donson
P.O. Box 385/93
Bloomington, IN

EXHIBIT (E)

MAXIMUM VALUE ONE THOUSAND DOLLARS

DEPOSIT ONLY FOR CREDIT TO
THE CLERK U.S. DISTRICT COURT

ENDORSEMENT SIGNATURE

WARNING-CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS