United States District Court
Central District of Illinois

Don Campbell
   Plaintiff

vs.

Unknown Named Sheriff of
Kankakee County, Et al.

Case No: 05-02022

Judge: Harold A. Baker

State of Illinois )
                  ) ss
County of Cook    )

Affidavit of Demitrus T. Evans

I, the undersigned, Demitrus T. Evans, Attorney At Law being first duly sworn upon oath states as follows:

1. That I have fully read Don Campbell's Motion For Reconsideration of this Court's September 26, 2005 Dismissal of the case.

2. That he is completely truthful with respects to the references that were made about me and my involvement in the case, I think justice would be served if this Court reconsiders because Campbell diligently fought to get the filing fee paid as he stated, and now I have the $150.00 filing fee to make the payment if this Court allows it.

Phone 847-733-9737

By: Demitrus T. Evans, Attorney
621 Sheridan Road  Suite-6
Evanston, IL 60202

Signed: _____

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 USC §1746

Dated: 10-20-05