11-15-05

**E-FILED**
Monday, 21 November, 2005  02:35:48 PM
Clerk, U.S. District Court, ILCD

Dear Clerk

In Re: Campbell vs. unknown
Named Sheriff Et al.
Case No: 05-CV-2022

My Please Advise If You Received & Filed
Motion for Reconsideration Filed or
Mailed to your Court for filing
October 2005
this is a status Check Request?

Your # 20030030630

Don Campbell
Cook County Jail
P.O. Box 089002
Chicago Ill 60608