Dear Clerk of Court

E-FILED
Friday, 16 December 2005, 11:16:19 AM
Clerk, U.S. District Court, ILCD

RECEIVED
DEC 16 2005
U.S. CLERK'S OFFICE
URBANA, IL

In Re: Campbell vs. Unknown Named Sheriff et al
Case No. #05-CV-2022

On October 25, 2005 or about that time I mailed for filing a Motion for Reconsideration of the Dismissal of the Above Complaint.

On 11-15-05 I Mailed a letter Requesting Status of the Case, yet I have Received No Reply or Response to Either letter.

Can you Please tell me if the Court Received the Motion for Reconsideration and whether or Not it was Granted?
Please Reply?

Don Campbell 20030030630
Cook County Jail P.O. Box 089002
Chicago, Ill 60608